**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **STEPHEN YANOVER** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:17-CV-541-FB** |
| | § | |
| **LIBERTY MUTUAL INSURANCE** | § | |
| **COMPANY,** | § | |
| **Defendant** | § | |

## RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel of record, comes Plaintiff, Stephen

Yanover, and Defendant, Liberty Mutual Insurance Company, who each and all do hereby stipulate

and agree that this matter has been resolved as to Defendant, and that the above-referenced cause

may be dismissed with prejudice as to Defendant, with each party hereto to bear its own costs and

expenses. The said parties pray that this Court issue an Order dismissing this case, with prejudice, as

to Liberty Mutual Insurance Company, and with each party to bear its own costs and expenses.

**APPROVED:**


**/s/ Heather E. Hall**

Heather E. Hall
McCLENNY MOSELEY & ASSOCIATES, PLLC
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
Tel: 713-334-6121
Fax: 713-322-5953
James@mma-pllc.com
Zach@mma-pllc.com
Sean@mma-pllc.com
*Counsel for Plaintiff*



Carrie Davis Holloway
Southern District Bar No. 27951
State Bar No. 24028270
LINDOW STEPHENS TREAT LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Tel:  (210) 227-2200
Fax: (210) 227-4602
cholloway@lstlaw.com
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Stipulation of Voluntary Dismissal was filed electronically with the United States District Court for the Western District of Texas, San Antonio Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court with ECF notice being sent on this **21**[st] day of **December**, **2018**, to the following:

James M. McClenny
J. Zachary Moseley
Sean Patterson
McCLENNY MOSELEY & ASSOCIATES, PLLC
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060

Carrie Davis Holloway